Decided April 12, 2007

### JOAN MAZUREK *v.* TOWN OF EAST HAVEN

The plaintiff's petition for certification for appeal from the Appellate Court, 99 Conn. App. 795 (AC 27208), is denied.

*William F. Gallagher*, in support of the petition.

*Nancy F. Myers*, in opposition.

Decided April 19, 2007

### JEFFREY PIERCE *v.* COMMISSIONER OF CORRECTION

The petitioner Jeffrey Pierce's petition for certification for appeal from the Appellate Court, 100 Conn. App. 1 (AC 26628), is denied.

*David J. Reich*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided April 19, 2007